STATE of Missouri, Respondent,

v.

Kenneth ANDERSON, Appellant.

No. WD 35581.

Missouri Court of Appeals,
Western District.

May 28, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, and armed criminal action, in violation of § 569.020 and § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Bliss E. WEEKS, Jr., Appellant.

No. WD 35583.

Missouri Court of Appeals,
Western District.

May 28, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

James W. Fletcher, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERRY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for forcible rape in violation of § 566.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).